# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Melinda S. Bell

    v.

Jo Anne B. Barnhart

Case Number:   05-4116-CV-C-JTM

_   *Jury Verdict.* This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   *Decision by Court.*  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

–   that this matter is REVERSED and REMANDED to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) for further development of the record with respect to plaintiff's ability to perform work.

ENTERED ON:  January 5, 2006

|  |  |
|---|---|
| <u>January 5, 2006</u> |     <u>PATRICIA L. BRUNE</u> |
| Date | Clerk |
|  | /s L. Bax |
|  | (By) Deputy Clerk |